JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KYLE,<br><br>    Plaintiff,<br><br>vs.<br><br>PENN CREDIT CORPORATION,<br><br>    Defendant. | Case no. 2:16-cv-02675-CAS-AGR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

The Court has reviewed the Stipulation to Dismiss of Plaintiff KELLY KYLE and Defendant PENN CREDIT CORPORATION. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: December 15, 2016

*Christina A. Snyder*
Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE

{00057127;1}